**Order entered June 10, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00523-CV

## IN THE INTEREST OF D.L.D., A CHILD

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-30045-2015**

## ORDER

We **GRANT** appellant's June 7, 2016 motion for an extension of time to file a brief and extend the time to **JUNE 28, 2016**. Because this appeal involves a suit affecting the parent-child relationship filed by a governmental entity for managing conservatorship, this Court must dispose of the appeal within 180 days after the notice of appeal is filed. *See* TEX. R. JUD. ADMIN. 6.2(a). Accordingly, no further extension will be granted absent extenuating circumstances.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE